AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF ___ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANA WHIDBEE

## CRIMINAL COMPLAINT

CASE NUMBER: _MJ05- M- 810 MBB_

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___December 20, 2004 and continuing___ in ___Suffolk___ county, in the

___ District of ___Massachusetts___ defendant(X) did, (Track Statutory Language of Offense)
having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, causes to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs and signals for the purpose of executing such scheme or artifice

in violation of Title___18___ United States Code, Section(x) ___1343___ .

I further state that I am a(X)___ Special Agent ___ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___April 4, 2005 @ 5:20 PM.___ at    BOSTON, MASSACHUSETTS
Date                                               City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE    ___Marianne B. Bowler, USMJ___
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.