≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES V. DANA WHIDBEE | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  MJ 05-810-MBB |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>NADINE PELLEGRINI | | DEFENDANT'S ATTORNEY<br>MICHAEL NATOLA |
| TRIAL DATE (S)<br>4/12/2005 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 4/12/05 |  |  | SPECIAL AGENT DEAN TRAMONTANA, U.S. Secret Service for the govt. |
| 2 |  | 4/12/05 | X | X | Statement of deft. taken by U.S. Secret Service |
| 1 |  | 4/12/05 | X | X | Copy of Criminal Complaint |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages