AO 442 (Rev. 5/93) Warrant for Arrest

5/10/05
M.P.

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANA WHIDBEE

## WARRANT FOR ARREST

CASE NUMBER: MJ05 m-810 MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____DANA WHIDBEE____
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

WIRE FRAUD

in violation of
Title __18__ United States Code, Section(s) __1343__

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

April 4, 2005 @ Boston @ 5:20PM
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | WARRANT EXECUTED BY USSS NAME AND TITLE OF ARRESTING OFFICER BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/26/05 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.