UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | |
| v. ) | No. MJ 05-M-810-MBB |
| ) | |
| ) | |
| DANA WHIDBEE ) | |

## MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify the terms and conditions of her release as follows:

By permitting her to possess and use a personal computer or a laptop computer.

In support hereof, the defendant respectfully says that:

1. She has recently been hired by Verdiem Corp. of Seattle, Washington, which is a company that develops and markets energy management software.

2. She has been hired as a channel manager who will be working with end users of the software to install the software on their computers, and to provide technical support to them thereafter.

3. She will be working out of her home, as Verdiem does not have a local office.

4. The possession and use of a personal computer or a laptop (which shall be supplied by her employer) is an essential requirement for her job.

5. On August 3, 2005 Assistant U.S. Attorney Nadine Pellegrini left a voice-mail message for undersigned counsel that the United States has no objection to the instant motion.

        Dana Whidbee
        By her attorney,

        /s/ Michael F. Natola

August 4, 2005        _____
        MICHAEL F. NATOLA
        BBO No. 367580
        63 Atlantic Avenue
        Boston, Massachusetts 02110
        Tel. (617) 367-1199
        Fax (617) 227-3384
        E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Nadine Pellegrini electronically the above date.

        /s/ Michael F. Natola
        _____
        MICHAEL F. NATOLA