UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | |
| v. ) | No. MJ 05-M-810-MBB |
| ) | |
| ) | |
| DANA WHIDBEE ) | |

MOTION TO MODIFY TEMPORARILY
THE TERMS AND CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify temporarily the terms and conditions of her release as follows:

By permitting her to travel to and from New York City from August 30, 2005 until the evening of August 31, 2005, and to exempt her from reporting to Pretrial Services during that period of time.

In support hereof, the defendant respectfully says that:

1. She has recently been hired by Verdiem Corp. of Seattle, Washington, which is a company that develops and markets energy management software.

2. In connection with that job, she must attend an all-day business meeting on August 30, 2005 in New York City.

3. She shall be driving to New York early in the morning of August 30th, shall attend the meeting, shall stay overnight at the Hilton Hotel on the Avenue of the Americas, and shall drive back to Massachusetts during the day of August 31st.

4. She shall provide Pretrial Services with a complete itinerary, including the address and telephone number of the hotel at which she shall be staying.

5. On August 25, 2005 Pretrial Services Officer September Lee Brown told counsel

for the defendant that she had no objection to the instant motion.

6. On August 25, 2005 counsel attempted to solicit the assent of the United States to the instant motion, but learned that Assistant U.S. Attorney Nadine Pellegrini, the prosecutor in the instant case, is on leave until after August 31st.

>
> Dana Whidbee
> By her attorney,
>
> /s/Michael F. Natola
> _____
> MICHAEL F. NATOLA
> BBO No. 367580
> 63 Atlantic Avenue
> Boston, Massachusetts 02110
> Tel. (617) 367-1199
> Fax (617) 227-3384
> E-mail MFNatola@aol.com

August 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Nadine Pellegrini electronically the above date.

> /s/Michael F. Natola
> _____
> MICHAEL F. NATOLA