UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | No. MJ 05-M-810-MBB |
| | ) | |
| | ) | |
| DANA WHIDBEE | ) | |

## MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify the terms and conditions of her release as follows:

By permitting her to change her place of residence from 58 Lexington Avenue, Cambridge, Massachusetts to 4 Spring Place, Cambridge, Massachusetts, effective September 21, 2005.

In support hereof, the defendant respectfully says that the lease on her old residence has expired, and given her present circumstances, i.e. the pendency of the instant case, she is reluctant to enter into a new lease. Accordingly, she must move from her old residence. She has found new living quarters at 4 Spring Place, Cambridge, where she will not be required to enter into a lease.

Finally, on this date Assistant United States Attorney Nadine Pellegrini told counsel for the defendant that the United States has no opposition to the instant motion.

                    Dana Whidbee
                    By her attorney,

                    /s/Michael F. Natola

September 19, 2005              MICHAEL F. NATOLA
                                        BBO No.  367580
                                        63 Atlantic Avenue
                                        Boston, Massachusetts  02110
                                        Tel.  (617) 367-1199
                                        Fax   (617) 227-3384
                                        E-mail  MFNatola@aol.com


## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Nadine Pellegrini electronically the above date.

                    /s/Michael F. Natola

                    MICHAEL F. NATOLA