**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. MJ 05-M-810-MBB** |
| | ) | |
| | ) | |
| **DANA WHIDBEE** | ) | |

**MOTION TO MODIFY TEMPORARILY**
**THE TERMS AND CONDITIONS OF RELEASE**

The defendant respectfully moves the Court to modify temporarily the terms and conditions of her release as follows:

By permitting her to travel to and from Seattle, Washington from October 10, 2005 until the evening of October 13, 2005, and to exempt her from reporting to Pretrial Services during that period of time.

In support hereof, the defendant respectfully says that:

1.  In connection with her job she must attend business meetings on October 11 and 12, 2005 in Seattle.

2.  She shall be flying to Seattle on October 10th, and shall be staying at the Red Lion Hotel, 1415 5th Avenue, Seattle until her return to Boston on October 13th.

3.  On October 4, 2005 Pretrial Services Officer September Lee Brown told counsel for the defendant that she had no objection to the instant motion.

4.  On October 3, 2005 Assistant U.S. Attorney Nadine Pellegrini told counsel for the defendant that she had no objection to the instant motion.

Dana Whidbee
By her attorney,


/s/Michael F. Natola

_____

October 4, 2005

MICHAEL F. NATOLA
BBO No. 367580
63 Atlantic Avenue
Boston, Massachusetts 02110
Tel. (617) 367-1199
Fax (617) 227-3384
E-mail MFNatola@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Nadine Pellegrini electronically the above date.


/s/Michael F. Natola

_____

MICHAEL F. NATOLA