UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. MJ 05-M-810-MBB |
| ) | |
| DANA WHIDBEE ) | |

MOTION TO MODIFY TEMPORARILY
THE TERMS AND CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify temporarily the terms and conditions of her release as follows:

By permitting her to travel to and from Las Vegas, Nevada from November 16, 2005 until the evening of November 18, 2005, and to exempt her from reporting to Pretrial Services during that period of time.

In support hereof, the defendant respectfully says that:

1. In connection with her job she must attend the NAESCO Energy Conference in Las Vegas.

2. She shall be flying to Las Vegas on November 16th, and shall be staying at the Hampton Inn at 421 Astaire Drive, Henderson, Nevada until her return to Boston on November 18th.

3. On November 4, 2005 Supervising Pretrial Services Officer Basil Cronin told counsel for the defendant that he had no objection to the instant motion.

4. On November 8, 2005 Assistant U.S. Attorney Nadine Pellegrini told counsel for the defendant that she had no objection to the instant motion.

                    Dana Whidbee
                    By her attorney,

                    /s/ Michael F. Natola

November 9, 2005                 _____
                              MICHAEL F. NATOLA
                              BBO No. 367580
                              63 Atlantic Avenue
                              Boston, Massachusetts 02110
                              Tel. (617) 367-1199
                              Fax (617) 227-3384
                              E-mail MFNatola@aol.com


## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Nadine Pellegrini electronically the above date.

                    /s/ Michael F. Natola
                    _____
                    MICHAEL F. NATOLA